**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JETHRO INONG, individually and on behalf of
all others similarly situated,

                Plaintiff,

    -against-                                  22 **CIVIL** 9720 (PMH)

                                                         **JUDGMENT**

FUJIFILM NORTH AMERICA
CORPORATION,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 25, 2024, Defendant's motion to dismiss with prejudice is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      January 25, 2024

                                                      **RUBY J. KRAJICK**
                                                      Clerk of Court

                                 **BY:**
                                                        _____
                                                             **Deputy Clerk**